MAGISTRATE JUDGE DONOHUE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5081 |
| Plaintiff, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO PAY FINE |
| VICKIE BROWN, | |
| Defendant. | |

Upon stipulation of the parties to extend the time to pay the fine, the Court finds that such an extension would serve the ends of justice and outweighs the interest of the public therefore,

IT IS HEREBY ORDERED that the fine be extended until March 30, 2007.

DONE this 10th day of October, 2006.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

/s_____
Miriam Schwartz
Attorney for Defendant

/s_____
Capt. Glenn Templeton
Special Assistant United States Attorney

ORDER GRANTING EXTENSION
OF TIME TO PAY FINE - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**